**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ZIM INTEGRATED SHIPPING SERVICES LTD.** | § § | |
| **PLAINTIFF,** | § § | **CIVIL ACTION NO.** |
| **V.** | § § | **26-cv-_____** |
| | § | |
| **ELEKTRON ENTERPRISES LLC,** | § § | **IN ADMIRALTY** |
| **DEFENDANT.** | § § | **FED. R. CIV. P. 9(h)** |

**CORPORATE DISCLOSURE STATEMENT AND**
**CERTIFICATE OF INTERESTED PARTIES**

NOW INTO COURT, through undersigned counsel, comes Plaintiff ZIM Integrated Shipping Services Ltd.,  in accordance with Rule 7.1 of the Federal Rules of Civil Procedure, and hereby makes the following statements regarding corporate disclosure and the persons or entities that, upon information and belief, have a financial interest on the outcome of this litigation:

1. Plaintiff ZIM Integrated Shipping Services Ltd. is a non-governmental, publicly traded, Israeli corporation with a principal place of business located in Haifa, Israel. There is no parent corporation or publicly held corporation owning 10% or more of its stock; and

2. Defendant Elektron Enterprises LLC, which, upon information and belief, is a Delaware limited liability company.

(SIGNATURE PAGE TO FOLLOW)

-2-

Respectfully submitted,

**LISKOW & LEWIS**

*/s/Jonas S. Patzwall*
Jonas S. Patzwall
State Bar No. 24122915
Fed. ID No. 3712905
1001 Fannin, Suite 1800
Houston, Texas 77002
Telephone: (713) 651-2900
Facsimile:  (713) 651-2908
Email:  jspatzwall@liskow.com

**OF COUNSEL:**

William H. Yost (*pro hac vice* application forthcoming)
11 Broadway, Suite 615
New York, NY 10004
Tel.: (332) 286-5283
Email: whyost@liskow.com

**ATTORNEYS FOR PLAINTIFF**
**ZIM INTEGRATED SHIPPING SERVICES LTD.**