AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### IN THE UNITED STATES COURT FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ZIM INTEGRATED SHIPPING SERVICES LTD | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:26-CV-02995 |
| | ) | |
| ELEKTRON ENTERPRISES LLC | ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   ELEKTRON ENTERPRISES LLC BY SERVING ITS REGISTERED AGENT
CORPORATION SERVICE COMPANY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Liskow & Lewis , Esmeralda Moreno , 1001 Fannin St Ste 1800 , Houston, TX 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:26-CV-02995

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ELEKTRON ENTERPRISES LLC BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY was received by me on *(date)* April 27, 2026

[ ] I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[X] I served the summons on *(name of individual)* "JANE DOE" (REFUSED TO PROVIDE NAME), LITIGATION MANAGEMENT REPRESENTATIVE , who is designated by law to accept service of process on behalf of *(name of organization)* ELEKTRON ENTERPRISES LLC BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY on *(date)* Tuesday, April 28, 2026 at 9:05 am CDT

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: April 29, 2026

_____
*Server's signature*

Ramona Talvacchio
Process Server
_____
*Printed name and title*

PO Box 583, GENEVA, IL 60134
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 28, 2026, 9:05 am CDT at 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 received by ELEKTRON ENTERPRISES LLC BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY. Age: 25; Ethnicity: Caucasian; Gender: Female; Weight: 180; Height: 5'8"; Hair: Blond;
Would not provide name, Litigation Management Representative.