AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas    ▼

| | | |
|---|---|---|
| ZIM INTEGRATED SHIPPING SERVICES LTD. | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 4:26-cv-02995 |
| ELEKTRON ENTERPRISES LLC | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Elektron Enterprises LLC

C/O Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Liskow & Lewis, APLC

C/O Jonas S. Patzwall
1001 Fannin, Suite 1800
Houston, Texas 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: April 24, 2026

*s/ Joan Davenport*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:26-CV-02995

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Elektron Enterprises LLC

was received by me on   April 27, 2026  *(date)*   .

❐ I personally served the summons on the individual at *(place)*

on *(date)*                    ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   "JANE DOE" (refused to provide name)          , who is

designated by law to accept service of process on behalf of *(name of organization)*   Elektron Enterprises LLC by

serving its Registered Agent Corporation Service Company   on *(date)*    Tuesday, April 28, 2026 at 9:05am CDT

❐ I returned the summons unexecuted because                              ; or

❐ Other *(specify):*

My fees are $                  for travel and $                  for services, for a total of $    0.00          .

I declare under penalty of perjury that this information is true.

Date:    05/06/2026

*Server's signature*

Ramona TalvacchioProcess Server
*Printed name and title*

1201 N ORANGE ST. , STE 714, WILMINGTON, DE 19801

*Server's address*

Additional information regarding attempted service, etc:

1) Successful Attempt: Apr 28, 2026, 9:05 am CDT at 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 received by ELEKTRON ENTERPRISES LLC BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY. Age: 25; Ethnicity: Caucasian; Gender: Female; Weight: 180; Height: 5'8"; Hair: Blond; Would not provide name, Litigation Management Representative.

a copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET; INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44