**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **ZIM INTEGRATED SHIPPING SERVICES LTD.,**<br><br>    **Plaintiff,**<br><br> **v.**<br><br>**ELEKTRON ENTERPRISES LLC,**<br><br>    **Defendant.** | **Case No. 26-cv-02995**<br><br>**IN ADMIRALTY**<br>**FED. R. CIV. P. 9(h)** |

## <u>ORDER</u>

Considering the foregoing Motion to Dismiss/Stay Pursuant to the Primary Jurisdiction Doctrine filed by Defendant, Elektron Enterprises LLC;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the claims brought by Plaintiff Zim Integrated Shipping Services Ltd. are **HEREBY DISMISSED WITHOUT PREJUDICE**.

Executed this ___ day of _____, 2026 in _____, Texas.

_____
DISTRICT COURT JUDGE

#111702928v2