**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **ZIM INTEGRATED SHIPPING SERVICES LTD.,** | **Case No. 26-cv-02995** |
| **Plaintiff,** | **IN ADMIRALTY** |
| v. | **FED. R. CIV. P. 9(h)** |
| **ELEKTRON ENTERPRISES LLC,** | |
| **Defendant.** | |

## ORDER

Considering the foregoing Rule 12(B)(6) Motion to Dismiss for Failure to State a Claim filed by Defendant, Elektron Enterprises LLC;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the claims set forth in the Complaint (Rec. D. 1) brought by Plaintiff Zim Integrated Shipping Services Ltd. are **HEREBY DISMISSED**.

Executed this ___ day of _____, 2026 in _____, Texas.

_____
DISTRICT COURT JUDGE

#111702893v2