# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| ZIM INTEGRATED SHIPPING SERVICES LTD. | § § § | CIVIL ACTION NO. |
| PLAINTIFF, | § § | 4:26-cv-2995 |
| V. | § § | IN ADMIRALTY |
| | § | |
| ELEKTRON ENTERPRISES LLC, | § § | FED. R. CIV. P. 9(h) |
| DEFENDANT. | § § § | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Zim Integrated Shipping Services Ltd. ("Zim"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses without prejudice all claims asserted against Defendant Elektron Enterprises LLC.

Because Defendant has not served an answer or a motion for summary judgment, this dismissal is without prejudice pursuant to Rule 41(a)(1)(A)(i).

Respectfully submitted,

**LISKOW & LEWIS**

*/s/Jonas S. Patzwall*
Jonas S. Patzwall
State Bar No. 24122915
Fed. ID No. 3712905
1001 Fannin, Suite 1800
Houston, Texas 77002
Telephone: (713) 651-2900
Facsimile:  (713) 651-2908
Email:  jspatzwall@liskow.com

**OF COUNSEL:**

William H. Yost (*pro hac vice* application forthcoming)
11 Broadway, Suite 615
New York, NY 10004
Tel.: (332) 286-5283
Email: whyost@liskow.com

**ATTORNEYS FOR PLAINTIFF**
**ZIM INTEGRATED SHIPPING SERVICES LTD.**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been filed using the ECF filing system and was served on all counsel of record via electronic filing and/or electronic mail on June 30, 2026:

*/s/Jonas S. Patzwall*
Jonas S. Patzwall